**Order entered March 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01500-CV

### IN RE HEIDI AMOS, Relator

**Original Proceeding from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA10-68776-F**

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT IN PART** relator's petition for writ of mandamus and petition for writ of prohibition.

We **ORDER** the Honorable Sue Pirtle, former judge sitting by assignment, to **VACATE** her October 26, 2012 "Order Granting Motion for Reconsideration of Order of Recusal and Setting Hearing Date." We **DENY** relator's petition for writ of prohibition.

Should Judge Pirtle fail to comply with this order, the writ of mandamus will issue. We **ORDER** Judge Pirtle to file with this Court, **within thirty days of the date of this order**, a certified copy of the order or orders issued in compliance with this order. We **ORDER** that the parties bear their own costs of this mandamus proceeding.

/s/    KERRY P. FITZGERALD
        JUSTICE